UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALEXANDER Y. GROYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:20-CV-3202-G-BT |
| CITY OF RICHARDSON, TEXAS, ) | |
| ) | |
| Defendant. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 9, 2021. The court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The plaintiff's objections are **OVERRULED** and by separate judgment, the plaintiff's complaint will be dismissed without prejudice.

**SO ORDERED**.

August 27, 2021.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**